No. 528, Misc. OQUENDO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 313. SELINGER *v.* BIGLER, SPECIAL AGENT, INTERNAL REVENUE SERVICE, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *David R. Frazer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *Burton Berkley* for respondents.